Date: 07/09/10

Page: 1

**FILED**
**JUL 12 2010**
STEPHANIE J. EDMONDSON, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

## DIVIDENDS REMITTED TO THE COURT
Check Number 142 Dated 07/09/10
Case Number 06-01340-5-JRL - AAA ELECTRICAL

06-01340-5-JRL

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **BellSouth Telecommunications, Inc.**<br>Regional Bankruptcy Center<br>301 W. Bay Street, Rom 29EF1<br>Jacksonville, FL  32202<br>    UNSECURED CLAIM<br>    942-4449 | 000001 | 514.40 | 4.67 |
| **FedEx Customer Information Service**<br>Attn:  Revenue Recovery/Bankruptcy<br>2005 Corporate Ave., 2nd Floor<br>Memphis, TN  38132<br>    UNSECURED CLAIM<br>    ""2200 | 000002 | 441.75 | 4.01 |
| **Waste Industries**<br>c/o RMS Bankruptcy Recovery Services<br>PO Box 5126<br>Timonium, MD  21094<br>    UNSECURED CLAIM | 000009 | 226.77 | 2.06 |
| **Green Gaurd First Aid & Safety**<br>Attn: Managing Agent<br>4159 SHoreline Drive<br>Earth City, MO 63045<br>    UNSECURED CLAIM | 000020 | 379.49 | 3.45 |
| **Metrocall Wireless**<br>Attn:  Managing Agent<br>890 East Heinberg St<br>Pensacola, FL  32502<br>    UNSECURED CLAIM<br>    77882 | 000025 | 116.95 | 1.06 |
| **Carolina Lubes, Inc.**<br>Attn: Managing Agent<br>790 Pershing Road<br>Raleigh, NC 27608<br>    UNSECURED CLAIM | 000030 | 334.24 | 3.03 |
| **City of Durham**<br>Attn: Don Daniel<br>101 City Hall Plaza<br>Durham, NC  27701<br>    UNSECURED CLAIM<br>    Permits | 000032 | 445.44 | 4.04 |

COURT1

Printed: 07/09/10 09:53 AM   Ver: 15.10b

---------- Remittance Total ---------------                               2,459.04                22.32

*[signature]*

Richard D. Sparkman, Trustee